JUDGE FURMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
- - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

    - v. -      :

DERRICK RICHARDSON,      :
  a/k/a "J Rocc,"
                               :
        Defendant.
                               :
- - - - - - - - - - - - - x

20 CRIM 299

INDICTMENT

## COUNT ONE
(Murder in Aid of Racketeering)

The Grand Jury charges:

### The Enterprise

1. At all times relevant to this Indictment, DERRICK RICHARDSON, a/k/a "J Rocc," the defendant, and others known and unknown, were members and associates of the Rollin' 30s Crips (the "Rollin' 30s" or the "Enterprise"), a criminal organization whose members and associates engaged in, among other activities, acts involving murder, robbery, and narcotics trafficking.

2. The Rollin' 30s was a set of the national Crips street gang. The Rollin' 30s operated, among other locations, in and around Hughes Avenue and East Tremont Avenue in the Bronx, New York, and Stratford Avenue and 172nd Street in the Bronx, New York.

3. The Rollin' 30s, including its leadership, its membership, and its associates, constituted an "enterprise," as

defined by Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact, although not a legal entity, which was engaged in, and its activities affected, interstate and foreign commerce. The Enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the Enterprise. The defendant participated in the operation and management of the Enterprise and participated in unlawful and other activity in furtherance of the conduct of the Enterprise's affairs.

4. From at least in or about 2013 up to and including in or about 2017, members and associates of the Rollin' 30s were engaged in a series of violent disputes with rival street gangs or crews, including rival Crip factions (generally, the "Opposing Crews"). During these disputes, members and associates of the Rollin' 30s committed multiple shootings and assaults against members and associates of the Opposing Crews.

5. Certain members and associates of the Rollin' 30s committed and agreed, attempted, and threatened to commit acts of violence to protect and expand the territory of the Enterprise and to protect fellow members and associates of the Enterprise. These acts of violence included acts involving murder, robberies, and assaults intended either to protect the Enterprise's territory, retaliate against members of Opposing

Crews who had encroached on the territory controlled by the Enterprise, or to otherwise promote the standing and reputation of the Rollin' 30s amongst rival gangs.

6. Certain members and associates of the Rollin' 30s also sold narcotics primarily in and around areas in the Bronx, New York controlled by the Rollin' 30s. The Rollin' 30s controlled narcotics sales within these areas by prohibiting and preventing non-members, outsiders, and rival narcotics dealers from distributing narcotics in the area controlled by the Enterprise.

### Purposes of the Enterprise

7. The purposes of the Enterprise included the following:

   a. Preserving and protecting the power, territory, and profits of the Enterprise through acts involving murder and other acts of violence, and threats of violence.

   b. Promoting and enhancing the Enterprise and the activities of its members and associates.

   c. Keeping victims and potential victims in fear of the Enterprise and its members and associates through acts and threats of violence.

   d. Providing assistance to members and associates who committed crimes for and on behalf of the Enterprise.

   e. Enriching the members and associates of the Enterprise through, among other things, robbery, and the

distribution and sale of narcotics, including crack cocaine, heroin, and marijuana.

f.  Protecting the Enterprise and its members and associates from detection and prosecution by law enforcement authorities through acts of intimidation and violence against potential witnesses to crimes committed by members of the Enterprise.

### Means and Methods of the Enterprise

8.  Among the means and methods employed by the members and associates in conducting and participating in the conduct of the affairs of the Enterprise were the following:

a.  Members and associates of the Enterprise committed, conspired, attempted, and threatened to commit acts of violence, including acts involving murder, to protect and expand the Enterprise's criminal operations, and in connection with the rivalries with members of the Opposing Crews.

b.  Members and associates of the Enterprise used threats of violence and physical violence against other members and associates to enforce and maintain discipline within the Enterprise.

c.  Members and associates of the Enterprise committed, conspired, attempted, and threatened to commit acts of violence, including acts involving murder, against members of

the Opposing Crews and other individuals adverse to the Enterprise.

  d. Members and associates of the Enterprise promoted and celebrated the criminal conduct of the Enterprise, namely narcotics distribution, acts involving violence, and firearm usage, in music and on social media websites such as YouTube, Instagram, and Facebook.

  e. Members and associates of the Enterprise obtained, possessed, and used firearms.

  f. Members and associates of the Enterprise distributed controlled substances, including crack cocaine, heroin, and marijuana.

 9. At all times relevant to this Indictment, the above-described Enterprise, through its members and associates, engaged in racketeering activity, as that term is defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that consisted of:

  a. multiple acts involving murder, chargeable under New York Penal Law Sections 125.25, 110.00, 105.15, and 20.00;

  b. multiple acts involving robbery, chargeable under New York Penal Law 105.10, 110.00, 160.05, 160.10, 160.15, and 20.00;

  c. multiple offenses involving the distribution of

5

controlled substances, including crack cocaine, heroin and marijuana, in violation of laws of the United States, namely Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), 841(b)(1)(D), and 846, and Title 18, United States Code, Section 2.

### Murder of Nestor Suazo

10. On or about September 19, 2015, in the Southern District of New York, DERRICK RICHARDSON, a/k/a "J Rocc," the defendant, and others known and unknown, as consideration for the receipt of, and as consideration for a promise and agreement to pay, a thing of pecuniary value from the Rollin' 30s, and for the purpose of gaining entrance to and maintaining and increasing position in the Rollin' 30s, an enterprise engaged in racketeering activity, as described above, intentionally and knowingly murdered, and aided and abetted the murder of Nestor Suazo, that is, with the intent to cause the death of Suazo, caused the death of Suazo, and under circumstances evincing a depraved indifference to human life, did recklessly engage in conduct which created a grave risk of death to another person, and thereby caused the death of Suazo, to wit, RICHARDSON shot and killed Suazo, and aided and abetted the same, in the vicinity of East Tremont Avenue and Clinton Avenue in the Bronx, New York, in violation of New York Penal Law, Sections 125.25 and 20.00.

(Title 18, United States Code, Sections 1959(a)(1) and 2.)

## COUNT TWO
### (Firearms Offense)

The Grand Jury further charges:

11. On or about September 19, 2015, in the Southern District of New York, DERRICK RICHARDSON, a/k/a "J Rocc," the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the murder in aid of racketeering charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, and in the course of that crime did cause the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, RICHARDSON shot Suazo, and aided and abetted the same, in the vicinity of East Tremont Avenue and Clinton Avenue in the Bronx, New York.

(Title 18, United States Code, Sections 924(j) and 2.)

_____          _____
Foreperson                                GEOFFREY S. BERMAN
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DERRICK RICHARDSON, a/k/a "J Rocc,"

Defendant.

TRUE BILL

(Title 18, United States Code, Sections 924(j), 1959(a), and 2.)

GEOFFREY S. BERMAN
United States Attorney.

Foreperson.