```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,           :    20 CR 299 (VM)
                                    :
        -against-                   :
                                    :        ORDER
DERRICK RICHARDSON,                 :
                                    :
                Defendant.          :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the initial conference in this matter currently scheduled for July 17, 2020 is rescheduled to Monday, July 20, 2020, at 10:30 a.m. The parties consent to this adjournment and the exclusion of adjourned time pursuant to the Speedy Trial Act. With consent of the defendant, the initial conference is hereby converted to a telephonic conference. The parties are directed to use the dial-in number 1-888-363-4749 and access code 8392198.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice, and to ensure the safety and health of all parties. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED:**

Dated:   New York, New York
         17 July 2020

_____
Victor Marrero
U.S.D.J.