USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 6, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

   -against-                                          ORDER

DERRICK RICHARDSON,                    20 Cr. 299 (VM)

            Defendant

-------------------------------------------------------X

Upon the application of Michael K. Bachrach, court appointed counsel for the defendant Derrick Richardson, and upon all the proceedings previously had herein, it is apparent that the defendant Derrick Richardson is financially unable to pay the expenses of retaining the services of a second attorney, and said services are reasonably necessary to the adequate defense of the defendant in this case, it is hereby:

ORDERED, pursuant to 18 U.S.C. § 3006A, that John Diaz, Esq., be appointed in the above-action as co-counsel to Michael K. Bachrach, Esq., so that Mr. Diaz may provide professional services in this case on behalf of the defendant Derrick Richardson; and

IT IS FURTHER ORDERED that defense counsel may prepare a "mega case" budget for this Court's review and consideration.

Dated: New York, New York
        August 6, 2020

SO ORDERED

Victor Marrero
U.S.D.J.