USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :    20-CR-299 (VM)
                                     :
         - against -                 :    ORDER
                                     :
DERRICK RICHARDSON,                  :
                                     :
                    Defendant.       :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health emergency, the status conference before the Honorable Victor Marrero on Friday, October 16, 2020 at 10:30 a.m. shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**
Dated:    New York, New York
          15 October 2020

_____
Victor Marrero
U.S.D.J.