

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2021

March 2, 2021

**VIA CM/ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Derrick Richardson*, 20 Cr. 299 (VM)

Dear Judge Marrero:

    The Government submits this letter respectfully requesting that the upcoming conference, currently scheduled for March 19, 2021, at 9 a.m., be adjourned for approximately 30 days to April 16 or April 23, 2021. The Government is currently engaged in ongoing discussions with counsel for defendant Derrick Richardson regarding a potential pretrial disposition of the case. For that reason, the parties believe they will be a better position to advise the Court on the status of the case in approximately one month. The Government has conferred with defense counsel who joins in the request.

    Additionally, the Government moves, with no objection from defense counsel, that the period of time from March 19, 2021, until the date of the next conference scheduled by the Court be excluded under the Speedy Trial Act to permit defense counsel to continue reviewing discovery.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

   /s/ Anden Chow
_____
Jessica K. Fender
Anden Chow
Jacqueline Kelly
Assistant United States Attorneys
(212) 637-2276 / 2348 / 2456

> The request is granted. The conference currently scheduled for 3/19/21 is adjourned until 4/23/21 at 12:00 p.m. Upon consent of the parties, time is excluded under the Speedy Trial Act until then.
>
> SO ORDERED.
>
> 3/3/2021                    [signature]
> DATE                        VICTOR MARRERO, U.S.D.J.

cc:   Michael Bachrach (via CM/ECF)
       John A. Diaz (via CM/ECF)