```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :      20-CR-299 (VM)
                                    :
        - against -                 :      ORDER
                                    :
DERRICK RICHARDSON,                 :
                                    :
                    Defendant.      :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The status conference currently set for Friday, May 28, 2021 is rescheduled to Thursday, May 27, 2021 at 12:00 p.m. In light of the ongoing public health emergency, the status conference shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.


**SO ORDERED.**
Dated:   New York, New York
         24 May 2021

_____
Victor Marrero
U.S.D.J.