```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
            - v. -                  :     ORDER
                                    :
DERRICK RICHARDSON,                 :
                                    :     20 Cr. 299 (VM)
            Defendant.              :
                                    :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/21

WHEREAS, defendant DERRICK RICHARDSON requests to schedule a proceeding to enter a guilty plea before a Magistrate Judge;

WHEREAS, the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

WHEREAS, the Court understands that the Magistrate Judge on duty shall hear the defendant's plea by telephone because videoconferencing is not reasonably available;

WHEREAS, the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Laura Taylor Swain of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS, that because the defendant has requested to proceeding remotely and because of the length of the pendency of the case, including that the defendant was first charged in this matter in June of 2020 and has remained in the continuous custody of the Bureau of Prisons since that date, the plea cannot be further delayed without serious harm to the interests of justice.

SO ORDERED:

Dated:   New York, New York
         September 28, 2021

_____
Victor Marrero
U.S.D.J.