```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :    ORDER
                                       :
    -v.-                               :    S1 20 Cr. 299 (VM)
                                       :
DERRICK RICHARDSON,                    :
  a/k/a "J Rocc,"                      :
                                       :
                Defendant.             :
                                       :
- - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/21

WHEREAS, with the consent of defendant DERRICK RICHARDSON, a/k/a "J Rocc," the defendant's guilty plea allocution was taken before the United States Magistrate Judge on October 12, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, after review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted, and further

ORDERED that a sentencing hearing will be scheduled for January 21, 2022, at 2:00 p.m.

SO ORDERED.

Dated:   New York, New York
         November 4, 2021

_____
Victor Marrero
U.S.D.J.