**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_12/10/21_
```

UNITED STATES OF AMERICA,

                 -against-

DERRICK RICHARDSON,

                 Defendant.

**20 CR 299 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing hearing for defendant Derrick Richardson currently scheduled for January 19, 2022, is hereby adjourned to February 4, 2022, at 12:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
          December 10, 2021

                                    _____
                                        Victor Marrero
                                          U.S.D.J.