**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/22
```

UNITED STATES OF AMERICA,

       -against-

DERRICK RICHARDSON,

       Defendant.

**20 CR 299 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

The sentencing hearing for defendant Derrick Richardson currently scheduled for February 4, 2022, is hereby rescheduled to June 24, 2022, at 12:00 PM.

**SO ORDERED.**

Dated: January 14, 2022
      New York, New York

                                   _____
                                       Victor Marrero
                                        U.S.D.J.