**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2022
```

UNITED STATES OF AMERICA,

    -against-

DERRICK RICHARDSON,

        Defendant.

20 CR 299 (VM)

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

The sentencing hearing for defendant Derrick Richardson currently scheduled for June 24, 2022, is hereby rescheduled to July 15, 2022, at 12:00 PM.

**SO ORDERED.**

Dated: April 18, 2022
      New York, New York

*[signature]*
Victor Marrero
U.S.D.J.