**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        -against-

DERRICK RICHARDSON,

        Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/22

**20 CR 299 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing hearing for defendant Derrick Richardson is hereby rescheduled to July 15, 2022, at 9:30 AM.

**SO ORDERED.**

Dated: July 6, 2022
      New York, New York

_____
**VICTOR MARRERO**
    **U.S.D.J.**