**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2022
```

UNITED STATES OF AMERICA,

           -against-

DERRICK RICHARDSON,

           Defendant.

**20 CR 299 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing hearing for defendant Derrick Richardson is hereby rescheduled to September 22, 2022, at 9:30 AM.

**SO ORDERED.**

Dated: July 13, 2022
      New York, New York

_____
     **VICTOR MARRERO**
        **U.S.D.J.**