```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
UNITED STATES OF AMERICA,

                    Plaintiff,

     - against -

DERRICK RICHARDSON,

                    Defendant.
```

20 Cr. 299 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Pursuant to the request of Michael K. Bachrach, made under the Criminal Justice Act, 18 U.S.C. Section 3006A (see Dkt. No. 46), the Court grants counsel's request for re-appointment and continues Mr. Bachrach's representation of the defendant, Derrick Richardson, for the purpose of pursing a motion for reduction of sentence under 18 U.S.C. Section 3582(c) on the basis specified in counsel's letter.

**SO ORDERED.**

Dated:    8 February 2023
          New York, New York

_____
Victor Marrero
U.S.D.J.

1